IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                         CRIMINAL NO. 4:06CR40004-001

DAVID WAYNE BULKLEY                                                                   DEFENDANT

**O R D E R**

On the 31st day of May, 2007, the defendant, David Wayne Bulkley, appeared before the court for Initial Appearance and Hearing on Revocation of Probation.  The Court found that the defendant was to be in violation of his probation and imposed the following:

1.      The defendant shall be continued on probation supervision with the next six (6) months of probation under the terms and conditions of home detention with electronic or remote monitoring.  During home detention, the defendant shall not leave his residence for any reason without authorization from the U.S. Probation Officer.  The defendant, when authorized, is allowed to leave his residence for employment, medical, education, religious service, substance abuse or mental health treatment, attorney visits, court appearance, court ordered obligations, or other activities as pre-approved by the Probation Officer.

2.      The defendant shall pay half the cost of electronic or remote monitoring.

3.      The Court recommends that the defendant be referred for out-patient mental health testing and treatment, pursuant to Standard Condition Number 16 of the original Judgment of January 11, 2006, in this case.  Said condition states:  "The defendant shall submit to an evaluation for mental health counseling as directed by the Probation Officer, and if deemed necessary by the Probation Officer, the defendant shall participate in a mental health program approved by the Probation Officer.  The defendant may be required to contribute to the cost of the services rendered (co-payment) in an amount to be determined by the Probation Officer, based upon the defendant's ability to pay."

     4.    Considering the defendant's situation, the Court recommends that the Probation Office consider this case for early termination after the successful completion of the term of home confinement.

     IT IS SO ORDERED this 4th day of June, 2007.

     /s/ Harry F. Barnes
**HARRY F. BARNES**
**UNITED STATES DISTRICT JUDGE**